**Order entered October 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No.05-18-00988-CR
No.05-18-00989-CR
No.05-18-00990-CR
No.05-18-00991-CR

**ANDREW VASQUEZ JR,**

**Appellant V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District
Court Dallas County, Texas
Trial Court Cause Nos. F17-56140-U, F17-56141-U, F18-10047-U & F18-10048-
U**

## ORDER

Appellant has filed a motion to abate to the trial court in order to clarify the trial court's certifications of appellant's right to appeal in the above cause numbers. Appellant further requests this Court to postpone submission of the appeals until the certifications are amended in response to this Court's order. We **GRANT** appellant's motion.

We **ORDER** the trial court to have a hearing and clarify the record regarding appellant's certifications of right to appeal in the above-listed cause numbers. Specifically, the trial court shall clarify whether appellant's guilty plea was made in exchange for the State dropping (1) the second enhancement paragraph in case numbers F17-56140-U, F17-56141-U, and F18-10047-U and (2) both enhancement paragraphs in case number F18-10048-U. Furthermore, the trial court shall clarify whether it gave appellant permission to appeal. *See* TEX. R. APP. P. 25.2(a)(2). We

**ORDER** the trial court to transmit a record, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; to Sasha Brooks, official court reporter of the 291st Judicial District Court; and to counsel for all parties.

We **DIRECT** the Clerk of the Court to remove cause numbers 05-18-00988-CR, 05-18-00989-CR, 05-18-00990-CR, and 05-18-00991-CR from the October 15, 2019 submission docket.

These appeals are **ABATED** to allow the trial court to comply with this order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     DAVID L. BRIDGES
PRESIDING JUSTICE